UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. MENDYK, JR,

        Plaintiff,

                                            Case No: 18-11730

vs.

COMMISSIONER OF
SOCIAL SECURITY

        Defendant.
_____/

**ORDER GRANTING MOTION FOR SOCIAL SECURITY FEES**

    The plaintiff filed a [#23] Motion for Approval of Social Security Fees on June 16, 2022 in the amount of $6,300.00 in the above matter.

    The Defendant filed a [#24] response indicating the government has no objection to the attorney fees requested.

    The court has considered the motion and response and believes that it should be granted, therefore,

    IT IS ORDERED that the Plaintiff's Motion is GRANTED. Plaintiff is awarded attorney fees in the amount of $6,300.00.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: July 6, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 6, 2022, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522