IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. MENDYK, JR,

       Plaintiff,

  v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

Civil No. 18 -11730

HON. ROBERT H. CLELAND

## JUDGMENT FOR ATTORNEY FEES

In accordance with the Court's order of July 6, 2022 granting Plaintiff's Counsel's Motion for Attorney Fees Pursuant to Local Court Rule 54.2 and 42 U.S.C. Section 406.

IT IS ORDERED AND ADJUDGED that Plaintff's Counsel is awarded Social Security Fees in the amount of $6,300.00.

Dated at Port Huron, Michigan this 6th day of July, 2022.

                                 KINIKIA ESSIX
                                 CLERK OF THE COURT


                                 BY: s/Lisa Wagner
                                 Lisa Wagner, Deputy Clerk
                                 and Case Manager to
                                 Judge Robert H. Cleland

Dated:  July 6, 2022